### PETERSON v. OCEAN ELECTRIC RY. CO.

(Supreme Court, Appellate Division, First Department. March 6, 1914.)

Appeal from Trial Term, New York County.

Action by Ernest Peterson against the Ocean Electric Railway Company. From a judgment for plaintiff, and from an order denying defendant's motion for a new trial, it appeals. Reversed and dismissed.

Argued before INGRAHAM, P. J., and LAUGHLIN, CLARKE, SCOTT, and HOTCHKISS, JJ.

William C. Beecher, of New York City, for appellant.
Louis Steckler, of New York City, for respondent.

PER CURIAM. For the reasons stated in Mae I. Peterson v. Ocean Electric Railway Company (decided herewith), 146 N. Y. Supp. 604, the judgment and order appealed from are reversed, and the complaint dismissed, with costs in all courts to the defendant. All concur, except LAUGHLIN, J., dissenting in part.

LAUGHLIN, J., dissents from dismissal of complaint, and votes for a new trial.